UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERGEY MIKHAYLOVICH SHEVCHUK,<br><br>          Petitioner,<br><br>    v.<br><br>BRUCE SCOTT, Warden of the Northwest ICE Processing Center; and MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security,<br><br>          Respondents. | No. 2:26-CV-01872-SAB<br><br>**ORDER GRANTING MOTION FOR EXPEDITED BRIEFING SCHEDULE** |

Before the Court is Petitioner's Motion to Expedite Briefing Schedule, ECF No. 6. Petitioner is represented by Vicky J. Currie. Respondents are represented by Alixandria Morris. The Motion was considered without oral argument.

This case concerns Petitioner's second Petition for Writ of Habeas Corpus. In the underlying case, see Case No. 2:26-CV-01408-SAB, the Court granted Petitioner's Petition and ordered Respondents to hold a bond hearing. Petitioner filed the present petition on May 29, 2026, again requesting habeas relief, asserting that the bond hearing conducted by the Government was constitutionally inadequate.

**ORDER GRANTING MOTION FOR EXPEDITED BRIEFING SCHEDULE**
* 1

Petitioner requests the Court order an expedited briefing schedule regarding the present habeas petition, as Petitioner has schizophrenia and asserts Respondents are withholding medically necessary medication, putting his health at risk. Petitioner indicates Respondents oppose the request.

District courts have broad discretion to manage their dockets, including ordering expedited briefing schedules when warranted by the circumstances of a case. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).

The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Motion for Expedited Briefing Schedule, ECF No. 6, is **GRANTED**.

2. Unless Respondents can demonstrate to the Court that Petitioner has access to all necessary and prescribed medication, the response and reply briefs from both parties are due by **5:00 p.m.** on **Thursday, June 11, 2026**.

**DATED** this 9th day of June 2026.

Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION FOR EXPEDITED BRIEFING SCHEDULE** * 2